IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL L. LOPEZ,

    Petitioner,

v.                                              No. 22-cv-253 KG-SMV

GEORGE STEVENSON, *et al*,

    Respondents.

ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

This matter is before the Court on Petitioner's Motion to Proceed *In Forma Pauperis*. (Doc. 2). Petitioner is a state prisoner proceeding *pro se*. He seeks to prosecute his 28 U.S.C. § 2254 petition without prepaying the $5.00 fee. Such relief is only available where the petitioner's "statement of … assets [demonstrates he] … is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Petitioner does not qualify under that test. His financial statement reflects he receives an average of $172.82 per month and can afford to pay the $5.00 habeas fee. (Doc. 2) at 3-5.

Accordingly, IT IS ORDERED:

1. Petitioner's Motion to Proceed *In Forma Pauperis* (Doc. 2) is denied.

2. Petitioner must pay the $5.00 filing fee within thirty (30) days of entry of this Order.

3. The failure to timely comply may result in dismissal of this case without further notice.

_____
UNITED STATES DISTRICT JUDGE