IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL L. LOPEZ,

    Petitioner,

v.                                                                  No. 22-cv-0253 KG/SMV

GEORGE STEVENSON,
ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondents.

## ORDER TO ANSWER

This matter is before the Court on Petitioner Michael L. Lopez's 28 U.S.C. § 2254 Habeas Corpus Petition [Doc. 1] (the "Petition"). Petitioner challenges his state drug trafficking convictions based on, inter alia, due process violations. Having reviewed the claims pursuant to Habeas Corpus Rule 4, the Court will order an answer.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Clerk shall mail copies of this Order and the Petition [Doc. 1] to Respondent Attorney General of the State of New Mexico (the "AG") to the following address:

    Attn: F.N., Paralegal - Habeas Corpus Administrator
    New Mexico Office of the Attorney General
    Criminal Appeals Division
    201 Third St. NW, Suite 300
    Albuquerque, NM 87102

It is **FURTHER ORDERED** that the AG must answer the Petition within 30 days of the entry of this Order. The answer must address the merits of each claim and may provide additional information on exhaustion. The AG must attach to its answer copies of all pertinent filings from the state trial court, the state court of appeals, and the state supreme court; including memoranda

filed by <u>both</u> parties. The AG must also attach to the answer copies of all state post-conviction or appellate proceedings and any transcripts that are needed to resolve the claims.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**