IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL L. LOPEZ,

    Petitioner,

v.                                          CV No. 22-0253 KG/JHR

GEORGE STEVENSON, *Warden,*

    Respondent.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition (PFRD), filed May 30, 2024. (Doc. 12). In the PFRD, Judge Ritter recommended that the Court deny Petitioner Michael L. Lopez's petition for a writ of *habeas corpus.*

The parties were notified that written objections to the PFRD were due within fourteen (14) days of the date the PFRD was filed, which was June 13, 2024. *Id.* at 11. No objections were filed, and the deadline for doing so has passed. The recommendation of Judge Ritter is therefore adopted by this Court.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 12) are ADOPTED;

2. Mr. Lopez's Petition (Doc. 1) is DENIED; and

3. The Court will enter Judgment in favor of Respondent.

_____
UNITED STATES DISTRICT JUDGE